# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (NORTHERN DIVISION)

Before the Honorable Linda R. Anderson

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 3:18cr106DPJ-LRA-3 | USA v. ISAAC | |
| Hearing Date: | 7/3/2018 | Time In and Out: | 10 min./11:30:55-11:41:38 |
| Clerk: | Winnie Goodwin | Courtroom: | 6D |
| Defendant: | Monte Isaac | Defendant's Counsel: | Joe Hollomon,CJA |
| AUSA | Patrick Lemon | Pretrial/Probation: | Robert B. Wilder, Jr. |
| Interpreter: | n/a | | |

## PROCEEDINGS

| | |
|---|---|
| ☒ | Defendant sworn |
| ☐ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Indictment read in full in open court |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Discovery Order electronically entered |
| ☒ | Trial Date:  July 23, 2018 (same date as co-defendants now set, but counsel will file motion to continue trial date) |

## Custody Status

| | | |
|---|---|---|
| ☐ | Defendant waives detention hearing | |
| ☒ | Defendant  will remain in custody | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☐ | |